Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Counsel for Richard A. Marshack, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Eben and Pamela Howard,<br><br>　　　　　　　　　　Debtors. | Case No. 8:21-bk-10383-SC<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO SELL THE FOLLOWING ASSETS OF THE ESTATE BACK TO THE DEBTORS FOR $50,000 (NET OF ALL APPLICABLE EXEMPTIONS):(i) 2017 TESLA MODEL X90D (37,190 MILES); (ii) 2021 RAM PICKUP TRUCK (140 MILES); (iii) VARIOUS ARTWORK AND COLLECTIBLES, INCLUDING DR. SEUSS AND JIANG ARTWORK; AND (iv) VARIOUS ITEMS OF JEWELRY, INCLUDING A WOMEN'S ROLEX YACHT MASTER; MEN'S ROLEX SUBMARINE WATCH, YELLOW GOLD CHAIN WITH PENDANT, AND VARIOUS EARRINGS, GOLD CHAINS AND DIAMOND BRACELETS**<br><br>**[No Hearing Required Under<br>Local Bankruptcy Rule 9013-4]** |

**TO ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that Richard A. Marshack, as Chapter 7 Trustee of the Debtors' bankruptcy estate of *In re Eben and Pamela Howard* ("Debtors"), Case No. 8:21-bk-10383-SC is requesting authorization to sell the following assets back to the Debtors for $50,000 (net of all applicable exemptions). The assets to be sold are: (i) 2017 Tesla Model X90D (37,190 miles); (ii) 2021 RAM Pickup Truck (140 miles); (iii) various artwork and collectibles, including Dr. Seuss and Jiang artwork; and (iv) various items of jewelry, including a women's Rolex Yacht Master; men's Rolex Submarine watch, yellow gold chain with pendant, and various earrings, gold chains and diamond bracelets. Any creditors, possible overbidders or other parties can request to Trustee's counsel, Thomas J. Polis, for a copy of the *Sale Motion*.

**PLEASE TAKE FURTHER NOTICE** that objections and/or overbidders to the Trustee's proposed *Authorization to Sell Repurchased Personal Assets*, if any, shall be filed with the Court and served on the following persons within 15 days from the date of this Notice: (1) Thomas J. Polis, Esq., Polis & Associates, A Professional Law Corporation, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433; (2) Chapter 7 Trustee, Richard A. Marshack, Marshack Hays, LLP, 870 Roosevelt, Irvine, CA 92620; and (3) The Office of The United States Trustee, Santa Ana Division, 411 W. Fourth Street, Suite 7041, Santa Ana, CA 92701. Failure to timely file and serve an objection will be deemed as acceptance of the relief sought. SEE LOCAL BANKRUPTCY RULE 9013.

**DATED:    September 22, 2021**　　　　　　　　POLIS & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL LAW CORPORATION

　　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/　Thomas J. Polis
　　　　　　　　　　　　　　　　　　　　　　　　**Thomas J. Polis**
　　　　　　　　　　　　　　　　　　　　　　　　**Counsel for Richard A. Marshack, Chapter 7 Trustee**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES**
**A Professional Law Corporation**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, California  92612-2433**

A true and correct copy of the foregoing document described **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY ASSETS PURSUANT TO SECTIONS 363(b) AND 363(f) OF THE BANKRUPTCY CODE BACK TO THE DEBTORS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher L Blank    chris@chrisblanklaw.com
Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com
Jeffrey D Goetz    goetz.jeffrey@bradshawlaw.com, rogers.bari@bradshawlaw.com
Halli B Heston    hheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com; hestonrr41032@notify.bestcase.com,handhecf@gmail.com
Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
Raffi Khatchadourian    raffi@hemar-rousso.com
Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY U.S. MAIL:**
On **September 22, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson, US Bankruptcy Court, 411 W. Fourth St., Suite 5130, Santa Ana, CA 92701

Also, see Attached

■ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 22, 2021 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

```
Label Matrix for local noticing        Employment Development Dept          Franchise Tax Board
0973-8                                 Bankruptcy Group MIC 92E             Bankruptcy Section MS: A-340
Case 8:21-bk-10383-SC                  P.O. Box 826880                      P.O. Box 2952
Central District of California         Sacramento, CA 94280-0001            Sacramento, CA 95812-2952
Santa Ana
Tue Sep 21 16:16:44 PDT 2021

Home Point Financial Corporation       NORTH MILL CREDIT TRUST              PAWNEE LEASING CORPORATION
Robertson, Anschutz, Schneid, Crane & Pa  HEMAR, ROUSSO & HEALD, LLP        Hemar, Rousso & Heald, LLP
6409 Congress Avenue, Suite 100        15910 Ventura Blvd., 12th Floor      15910 Ventura Blvd., 12th Floor
Boca Raton, FL 33487-2853              Encino, CA 91436-2802                Encino, CA 91436-2802


POLIS & ASSOCIATES, APLC               Santander Consumer USA Inc., dba Chrysler Ca   Santa Ana Division
19800 MacArthur Blvd, Ste 1000         c/o Stewart, Zlimen & Jungers, Ltd.  411 West Fourth Street, Suite 2030,
Irvine                                 2860 Patton Road                     Santa Ana, CA 92701-4500
Irvine, CA 92612-2433                  Roseville, MN 55113-1100


AT&T                                   Alex Clark, Inc.                     American Express
PO Box 6463                            665 Requeza Street                   PO Box 0001
Carol Stream, IL 60197-6463            Encinitas, CA 92024-3704             Los Angeles, CA 90096-0001



American Express                       American Express National Bank       (p)BANKERS HEALTHCARE GROUP LLC
PO Box 981531                          c/o Becket and Lee LLP               ATTN BANKRUPTCY DEPT
El Paso, TX 79998-1531                 PO Box 3001                          201 SOLAR STREET
                                       Malvern  PA 19355-0701               SYRACUSE NY 13204-1425


Banleaco, Inc.                         Bill Reynolds                        Brian Brown
11017 Aurora Avenue                    Caddel Reynolds                      Law Offices of Brian Brown
Urbandale, IA 50322-7902               122 North 11th Street                4000 Barranca Parkway, Suite 250
                                       Fort Smith, AR 72901-2709            Irvine, CA 92604-1713


Centauri Law Firm                      (p)JPMORGAN CHASE BANK  N A          Chrysler Capital
15615 Alton Parkway                    BANKRUPTCY MAIL INTAKE TEAM          PO Box 660335
Suite 175                              700 KANSAS LANE FLOOR 01             Dallas, TX 75266-0335
Irvine, CA 92618-7303                  MONROE LA 71203-4774


Context Legal Services                 (p)COX COMMUNICATIONS                Fainfaire-LA Rams
550 West C. Street                     ATTN BANKRUPTCY CENTER               Dept. LA 21593
Suite 700                              1341 CROSSWAYS BLVD                  Pasadena, CA 91185-1593
San Diego, CA 92101-8605               CHESAPEAKE VA 23320-2897


(p)HOME POINT FINANCIAL CORPORATION    JB&B Capital, LLC                    JPMorgan Chase Bank, N.A.
11511 LUNA ROAD                        Ste. P270                            s/b/m/t Chase Bank USA, N.A.
2ND AND 3RD FLOOR                      1111 N. Northshore Drive             c/o National Bankruptcy Services, LLC
FARMERS BRANCH TX 75234-6451           Knoxville, TN 37919-2801             P.O. Box 9013
                                                                            Addison, Texas 75001-9013


Kaitlin F. Tweel, Esq.                 LA Rams                              Luis Paniagua
P.O. Box 900                           9899 Agoura Road, Floor 2            25072 Anvil Circle
Knoxville, TN 37901-0900               Agoura Hills, CA 91301               Laguna Hills, CA 92653-6331
```

| | | |
|---|---|---|
| McKesson Specialty Care Dist., LLC<br>401 Mason Road<br>La Vergne, TN 37086-3243 | North Mill Credit Trust<br>50 Washington Street, 10th Floor<br>Norwalk, CT 06854-2751 | North Mill Credit Trust<br>601 Merritt 7, Suite 5<br>Norwalk, CT 06851-1097 |
| Pawnee Leasing Corporation<br>Hemar, Rousso & Heald, LLP<br>c/o Raffi Khatchadourian, Esq.<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436-2829 | Randy David Christian Taylor<br>c/o Douglas B. Vanderpool<br>Vanderpool Law Firm<br>330 Main Street, Suite 203B<br>Seal Beach, CA 90740-6352 | Sutter & Gillham, P.L.L.C; and<br>Pfeifer Sutter Family, LLC<br>Post Office Box 2012<br>Woodson, AR 72180 |
| TD Auto Finance<br>PO Box 9223<br>Farmington, MI 48333-9223 | TD Auto Finance LLC<br>P.O. Box 16041<br>Lewiston, ME 04243-9523 | Tandem Finance, Inc.<br>3801 Automation Way, Suite 207<br>Fort Collins, CO 80525-5735 |
| Taylor Digital, LLC<br>Randy David Christian Taylor<br>c/o The Vanderpool Law Firm<br>330 Main Street, Suite 203-B<br>Seal Beach, CA 90740-6352 | The Local DISH Magazine<br>905 Calle Negocio #73473<br>San Clemente, CA 92673-1222 | UPS Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| United Parcel Service (UPS)<br>28013 Network Place<br>Chicago, IL 60673-1280 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Villa San Clemente, LLC<br>PO Box 84564<br>Los Angeles, CA 90084-5664 |
| Villa San Clemente, LLC<br>c/o David Sanner<br>Craig Realty Group<br>4100 MacArthur Blvd., Suite 100<br>Newport Beach, CA 92660-2070 | Wheelhouse Credit Union<br>PO Box 719099<br>San Diego, CA 92171-9099 | Woof McClane<br>PO Box 900<br>Knoxville, TN 37901-0900 |
| Eben Howard<br>PO Box 5451<br>San Clemente, CA 92674-5451 | Halli B Heston<br>19700 Fairchild Rd Ste 280<br>Irvine, CA 92612-2521 | Luther Oneal Sutter<br>Sutter & Gillham, PLLC<br>310 West Conway Street<br>Benton<br>Benton, AR 72015-3614 |
| Pamela Ann Howard<br>PO Box 5451<br>San Clemente, CA 92674-5451 | (p)RICHARD A MARSHACK<br>ATTN MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE CA 92620-3663 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group, LLC<br>10234 W. State Road 84<br>Fort Lauderdale, FL 33324 | (d)Bankers Healthcare Group, LLC<br>201 Solar Street<br>201 Solar Street<br>Syracuse, NY 13204 | Chase Visa<br>PO Box 6294<br>Carol Stream, IL 60197 |

```
Cox Cable                          Home Point Financial C         (d)HomePoint Financial
PO Box 53280                       4849 Greenville Avenue         11511 Luna Road, Suite 200
Phoenix, AZ 85072-3280             Dallas, TX 75206               Dallas, TX 75234


(d)Jpmcb Card                      Richard A Marshack (TR)
Po Box 15369                       Marshack Hays LLP
Wilmington, DE 19850               870 Roosevelt
                                   Irvine, CA 92620
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Banleaco, Inc.                  (u)Courtesy NEF                (u)Sutter and Gillham Law, PLLC


(u)TD Auto Finance LLC             (u)Centau                      (d)Td Auto Finance
                                                                  PO Box 9223
                                                                  Farmington, MI 48333-9223


(u)Lucien Gillham                  End of Label Matrix
                                   Mailable recipients    52
                                   Bypassed recipients     7
                                   Total                  59
```